# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0806.  MANUEL LOZANO v. THE BANK OF NEW YORK MELLON et al.**

Manuel Lozano filed a complaint seeking a declaratory judgment pertaining to real property.  Along with the complaint, Lozano filed, pursuant to OCGA § 9-11-65 (b), a "Motion for an Ex Parte Temporary Restraining Order and for an Interlocutory Injunction," seeking to maintain the status quo with regard to the property.  The trial court denied the motion without a hearing.  On October 5, 2017, the defendants removed the case to federal court.  On October 9, 2017, Lozano filed a notice of appeal seeking to appeal the order denying his request for a temporary restraining order.  Two of the defendants have filed a motion to dismiss Lozano's appeal.

Pretermitting whether the trial court lost jurisdiction upon removal to the federal court, the trial court's order denies a request of a temporary restraining order. Consequently, Lozano was required to file an application for discretionary appeal to obtain appellate review.  See OCGA § 5-6-35 (a) (9).  See also *Dolinger v. Driver*, 269 Ga. 141, 142 (1) (498 SE2d 252) (1998).  Lozano's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal.  Thus, the defendants' motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  01/11/2018
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*